BASS, Appellant, v. PHENIX INS. CO. OF HARTFORD, Respondent. SAME v. WILLIAMSBURG CITY FIRE INS. CO. SAME v. ROYAL EXCHANGE ASS'N CO. OF LONDON. (Supreme Court, Appellate Division, First Department. January 28, 1914.) Actions by Joseph Bass against the Phenix Insurance Company of Hartford, against the Williamsburg City Fire Insurance Company, and against the Royal Exchange Association Com-

pany of London. A. B. Nathan, of New York City, for appellant. M. D. Steuer, of New York City, for respondents.

PER CURIAM. Determination of Appellate Term (141 N. Y. Supp. 555) and judgments of Municipal Court reversed, and new trials ordered, with costs to appellant in all courts to abide event, upon the dissenting opinion of BIJUR, J., at Appellate Term. Settle orders on notice.

---

BATTLE ISLAND PAPER CO., Respondent, v. JESSUP & MOORE PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by the Battle Island Paper Company against the Jessup & Moore Paper Company. No opinion. Judgment affirmed, with costs.